JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-5152-GW-PD | Date | August 15, 2023 |
|---|---|---|---|
| Title | *Deandre Lewis v. State of California* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **IN CHAMBERS - ORDER**

    Pro per prisoner Petitioner filed this Petition for Writ of Habeas Corpus 28 U.S.C. § 2254 and a request to proceed in forma pauperis. On July 13, 2023, this Court issued an order indicating the Petitioner had not submitted enough information for the Court to tell if Petitioner was able to pay the filing fee. *See* ECF No. 8. Petitioner was informed that he had to submit the appropriate documents within 30 days or the action would be dismissed without prejudice. Plaintiff has not supplied the documents within 30 days of the order. Hence, this lawsuit is dismissed without prejudice.

:

Initials of Preparer   JG